**Electronically Filed
Supreme Court
SCWC-11-0001034
18-JAN-2013
10:22 AM**

SCWC-11-0001034

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCISCO ALVAREZ,
Respondent/Claimant-Appellee,

vs.

KYO-YA, INC., dba SHERATON WAIKIKI HOTEL,
Respondent/Employer-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee,

and

ADJUSTING SERVICES OF HAWAII, INC.,
Respondent/Third-Party Administrator-Appellee,

vs.

EMERSON M.F. JOU, M.D.,
Petitioner/Intervenor-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-00001034; AB NO. 2009-305 (2-94-05744))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ.,
and Circuit Judge Sakamoto, in place of Recktenwald, C.J., recused)

Petitioner/Intervenor-Appellant's application for writ

of certiorari, filed on December 20, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 18, 2013.

| | |
|---|---|
| Stephen M. Shaw<br>for petitioner | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| Laurie E. Keeno<br>for respondents<br>Kyo-ya, Inc., dba Sheraton<br>Waikiki Hotel and<br>First Insurance Company of<br>Hawaii, Ltd. | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Karl K. Sakamoto |

